## DANIEL & SON *vs.* HOCHSTADTER BROTHERS.

[Blandford, Justice, did not preside in this case.]

1. Where an affidavit of illegality was made by one member of a firm for such firm, and, upon an adverse ruling, the firm excepted, the parties in the two courts are not different, and the writ of error will not be dismissed.

2. Where an attachment is taken out against a fraudulent debtor, a declaration must be filed as in other attachment cases; and if notice be served upon the defendant, a judgment may be taken on the declaration, although the attachment may be dismissed or discontinued. Code, §§3300, 3308, 3309.

(a.) Where the suit was based on an unconditional contract in writing, and no plea was filed under oath, a judgment by the court was proper. 58 *Ga*, 377; 62 *Id.*, 158.

Judgment affirmed.

March 4, 1884.

JACKSON, Chief Justice.

---

## STARNES *vs.* TANNER, Justice.

If a justice of the peace improperly refused a motion to enter up judgment against a garnishee who was in default, the proper method of correcting such error was by *certiorari*, and not by *mandamus* to compel him to enter the judgment. A *mandamus* will issue to compel a performance of duty only in cases where a defect of legal justice would arise from a failure or improper fulfillment of such duty; but it never issues unless there is no other specific legal remedy for such rights. Code, §3198; 12 *Ga.*, 170.

Judgment affirmed.

April 25, 1884.

HALL, Justice.